## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

TONY JOSEPH TABOR (#478277)                    CIVIL ACTION

VERSUS

DUSTIN BICKHAM, ET AL.                    NO. 22-01028-BAJ-EWD

### RULING AND ORDER

By correspondence dated January 6, 2023, the Court notified Petitioner that his December 15, 2022 Petition for Writ of Habeas Corpus (Doc. 1) was deficient because it was not submitted on the approved form, and was not accompanied by the filing fee or, alternatively, a properly completed motion to proceed *in forma pauperis* (IFP). (Doc. 2). The Court's January 6 correspondence required Petitioner to correct these deficiencies within 21 days or risk dismissal, and, for convenience, provided him the appropriate forms to do so. (*Id.*)

The record reflects that, to date, Plaintiff has not re-submitted his Petitioner, paid the filing fee, re-submitted a properly completed IFP motion, or otherwise responded to the Court's January 6 correspondence. To the record shows that the letter of deficiency was returned to this Court with notations of "Return to Sender," "Not Here." (Doc. 3).

Local Civil Rule 41(b)(4) provides that a *pro se* litigant's failure to keep the Court apprised of a change of address may constitute cause for dismissal for failure to prosecute when a notice has been returned to the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty (30)

days.  As a practical matter, the case cannot proceed without an address where Petitioner may be reached and where he may receive pertinent pleadings, notices or rulings.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure of the plaintiff to prosecute this proceeding and for failure to keep the Court apprised of a current address.

**IT IS FURTHER ORDERED** that, on Petitioner's motion filed within thirty (30) days, and upon a showing of good cause, the Court may consider reinstatement of the Petitioner's action.

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 14th day of April, 2023

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**